# Government Exhibit C

FD-674 (Rev. 5-10-2013)

**FBI**

**DATE** 10 / 28 / 2022

**CASE ID** 281D-MW-3668547

**PHOTOGRAPHER** TFO. Eulia KAZACHENKO

**LOCATION** 1600 Wedgewood Drive

Gurnee IL.

FD-674 (Rev. 5-10-2013)

# PHOTOGRAPHIC LOG

PAGE 1 OF 8

*GENERAL INFORMATION*

DATE 10/28/2022

CASE ID 281D-MW-3668547

LOCATION: 1600 Wedgewood Drive, Gurnee IL

PREPARER/PHOTOGRAPHER: TFO Eulia Kazachenko

REMARKS

| PHOTO# | DESCRIPTION OF PHOTOGRAPHIC SUBJECT/ MISCELLANEOUS COMMENTS |
|---|---|
| 1 | Black backpack |
| 2 | Unzipped black backpack |
| 3 | Large bag of Marijuana with a gun |
| 4 | Close-up: Marijuana and a gun |
| 5 | Large bag of Marijuana |
| 6 | Loaded gun magazine |
| 7 | Close-up: gun and the magazine |
| 8 | Close-up: gun |
| 9 | Close-up: information of a gun |
| 10 | Money |
| 11 | Money and Virginia [redacted] BCU debit card |
| 12 | Virginia [redacted] BCU debit card and money |
| 13 | Back of BCU debit card |
| 14 | Close-up: loaded magazine |
| 15 | Drugs |
| 16 | Drugs |
| 17 | Drugs |
| 18 | Drugs |
| 19 | Drugs |
| 20 | Drugs |
| 21 | Drugs |
| 22 | William Fillyaw Chime debit card |
| 23 | William Fillyaw Chime debit card |
| 24 | Chime visa debit card |
| 25 | Davis William Illinois Driver's License |
| 26 | Davis William Illinois Driver's License |
| 27 | Davis William Illinois Driver's License |

FD-674 (Rev. 5-10-2013)

# PHOTOGRAPHIC LOG



*GENERAL INFORMATION*

DATE 10/28/2022

CASE ID 281D-MW-3668547

LOCATION: 1600 Wedgewood Drive, Gurnee IL

PREPARER/PHOTOGRAPHER: TFO Eulia Kazachenko

REMARKS

| PHOTO# | DESCRIPTION OF PHOTOGRAPHIC SUBJECT/ MISCELLANEOUS COMMENTS |
|---|---|
| 28 | William Fillyaw Netspend debit MasterCard |
| 29 | William Fillyaw Netspend debit MasterCard |
| 30 | William Fillyaw Netspend debit MasterCard |
| 31 | William Fillyaw Netspend debit MasterCard |
| 32 | William Fillyaw Netspend debit MasterCard |
| 33 | William S Fillyaw First Premier Bank MasterCard |
| 34 | Angela [redacted] mail |
| 35 | Drugs |
| 36 | Money |
| 37 | William S Fillyaw Illinois Identification Card and BCU visa debit card |
| 38 | William S Fillyaw Illinois Identification Card and BCU visa debit card |
| 39 | William Shawn Fillyaw BCU visa debit card |
| 40 | Money |
| 41 | Money |
| 42 | Money, identifications and debit cards |
| 43 | Large bag of Marijuana |
| 44 | Money, gun debit cards |
| 45 | Drugs |
| 46 | Front - Red Chevrolet Equinox |
| 47 | Driver side –Red Chevrolet Equinox |
| 48 | Rear – Red Chevrolet Equinox Florida registration: 866-4AP |
| 49 | Passenger side - Red Chevrolet Equinox |
| 50 | Red Chevrolet Equinox Florida registration: 866-4AP |
| 51 | Red Chevrolet Equinox VIN#: 3GNAXJEV8KS609611 |
| 52 | Code bars on the front windshield of the red Chevrolet Equinox |
| 53 | Front - Maroon GMC van – Illinois registration DN21922 |
| 54 | Front - Maroon GMC van – Illinois registration DN21922 |

FD-674 (Rev 5-10-2013)

# PHOTOGRAPHIC LOG

PAGE 3 OF 8

*GENERAL INFORMATION*

DATE 10/28/2022

CASE ID 281D-MW-3668547

LOCATION: 1600 Wedgewood Drive, Gurnee IL

PREPARER/PHOTOGRAPHER: TFO Eulia Kazachenko

REMARKS

| PHOTO# | DESCRIPTION OF PHOTOGRAPHIC SUBJECT/ MISCELLANEOUS COMMENTS |
|---|---|
| 55 | Driver side - Maroon GMC van – Illinois registration DN21922 |
| 56 | Rear side - Maroon GMC van – Illinois registration DN21922 |
| 57 | Illinois registration DN21922 |
| 58 | Maroon GMC van – VIN #: 1GDFG15T031172733 |
| 59 | Maroon GMC van – VIN #: 1GDFG15T031172733 |
| 60 | Rear - Black GMC Savana van Wisconsin registration ANB-9487 |
| 61 | Blurry photo |
| 62 | Passenger side - Black GMC Savana van Wisconsin registration ANB-9487 |
| 63 | Front - Black GMC Savana van Wisconsin registration ANB-9487 |
| 64 | Wisconsin registration ANB-9487 |
| 65 | Driver side - Black GMC Savana van Wisconsin registration ANB-9487 |
| 66 | Black GMC Savana van – VIN#: 1GDFG15T641134912 |
| 67 | Driver side - Black GMC Savana van Wisconsin registration ANB-9487 |
| 68 | Driver side roof - Black GMC Savana van Wisconsin registration ANB-9487 |
| 70 | Driver seat - Maroon GMC van – Illinois registration DN21922 |
| 71 | Driver side ceiling - Maroon GMC van – Illinois registration DN21922 |
| 72 | Middle row - Maroon GMC van – Illinois registration DN21922 |
| 73 | Middle row - Maroon GMC van – Illinois registration DN21922 |
| 74 | Ceiling - Maroon GMC van – Illinois registration DN21922 |
| 75 | Rear row - Maroon GMC van – Illinois registration DN21922 |
| 76 | Rear row - Black GMC Savana van Wisconsin registration ANB-9487 |
| 77 | Middle row - Black GMC Savana van Wisconsin registration ANB-9487 |
| 78 | Middle row - Black GMC Savana van Wisconsin registration ANB-9487 |
| 79 | Middle row - Black GMC Savana van Wisconsin registration ANB-9487 |
| 80 | William Fillyaw - documents |
| 81 | William Fillyaw - documents |
| 82 | William Fillyaw - documents |

FD-674 (Rev. 5-10-2013)

# PHOTOGRAPHIC LOG



*GENERAL INFORMATION*

DATE 10/28/2022

CASE ID 281D-MW-3668547

LOCATION: 1600 Wedgewood Drive, Gurnee IL

PREPARER/PHOTOGRAPHER: TFO Eulia Kazachenko

REMARKS

| PHOTO# | DESCRIPTION OF PHOTOGRAPHIC SUBJECT/ MISCELLANEOUS COMMENTS |
|---|---|
| 83 | Fillyaw Transportation LLC BCU checks |
| 84 | Black GMC Savana van – VIN#: 1GDFG15T641134912 |
| 85 | Front passenger seat - Black GMC Savana van Wisconsin registration ANB-9487 |
| 86 | A note with a phone number 224-5[redacted] |
| 87 | Wisconsin Certificate of a Title for Black GNC Savana van |
| 88 | A Public Storage business card – "Renee 842-807-6298" |
| 89 | Back of Public Storage business card – "Input access code [redacted] Account#[redacted] Unit [redacted] |
| 90 | Teva [redacted] Wisconsin Department of Transportation - Mail |
| 91 | Check for $400.00 from Hollins Property Management to Fillyaw Transportation LLC |
| 92 | Galaxy Tablet box on the rear seat of Black GMC Savana van |
| 93 | Galaxy Tablet box |
| 94 | Black IPhone located in the black GMC van |
| 95 | Back of the Black IPhone from black GMC van |
| 96 | Note pad – ledger; located in the back seat of the black GMC Savana van |
| 97 | Note pad – ledger |
| 98 | First page of the note pad-ledger |
| 99 | Galaxy Tablet serial information |
| 100 | Galaxy Tablet box |
| 101 | Galaxy Tablet |
| 102 | Galaxy tablet |
| 103 | IPASS –Serial #[redacted]ocated in the black GMC Savana van |
| 104 | Galaxy Tablet serial [redacted] |
| 105 | Door of 1600 Wedgewood Drive [redacted]Gurnee, IL. |
| 106 | Close-up of the Unit number [redacted] |
| 107 | William Fillyaw keys open Unit [redacted] door |
| 108 | Living room and dining room |
| 109 | Living room |

FD-674 (Rev. 5-10-2013)

# PHOTOGRAPHIC LOG

PAGE 5 OF 8

*GENERAL INFORMATION*

DATE 10/28/2022

CASE ID 281D-MW-3668547

LOCATION: 1600 Wedgewood Drive, Gurnee IL

PREPARER/PHOTOGRAPHER: TFO Eulia Kazachenko

REMARKS

| PHOTO# | DESCRIPTION OF PHOTOGRAPHIC SUBJECT/ MISCELLANEOUS COMMENTS |
|---|---|
| 110 | Front closet and the kitchen |
| 111 | Kitchen |
| 112 | Front closet |
| 113 | Living room |
| 114 | Living room |
| 115 | Kitchen |
| 116 | Kitchen |
| 117 | Kitchen |
| 118 | Hall way |
| 119 | Bedroom “A” |
| 120 | Bedroom “B” |
| 121 | Main bathroom |
| 122 | Bedroom “A” |
| 123 | Bedroom “A” |
| 124 | Bedroom “A” closet |
| 125 | Bedroom “A” |
| 126 | Gun; on the living room floor |
| 127 | Gun |
| 128 | Bedroom “B” |
| 129 | Bedroom “B” - bed |
| 130 | Bedroom “B” - dresser |
| 131 | Bedroom “B” - night stand |
| 132 | Bedroom “B” - Picture |
| 133 | Bedroom “B” - dresser |
| 134 | Bedroom “B”- door - towards main bathroom |
| 135 | Bedroom “B”- hallway towards Bedroom “B” bathroom |
| 136 | Bedroom “B” - closet |

FD-674 (Rev. 5-10-2013)

# PHOTOGRAPHIC LOG



*GENERAL INFORMATION*

DATE 10/28/2022

CASE ID 281D-MW-3668547

LOCATION: 1600 Wedgewood Drive, Gurnee IL

PREPARER/PHOTOGRAPHER: TFO Eulia Kazachenko

REMARKS

| PHOTO# | DESCRIPTION OF PHOTOGRAPHIC SUBJECT/ MISCELLANEOUS COMMENTS |
|---|---|
| 137 | Bedroom "B"- bathroom |
| 138 | Bedroom "B"- bathroom |
| 139 | Bedroom "B"- bathroom |
| 140 | Main bathroom |
| 141 | Main Bathroom |
| 142 | Gun |
| 143 | Blurry picture |
| 144 | Gun ejection port |
| 145 | Loaded gun magazine |
| 146 | Loaded gun magazine |
| 147 | William Fillyaw BCU visa card |
| 148 | Back of the BCU visa card |
| 149 | William Fillyaw BCU visa card |
| 150 | William Fillyaw BCU visa card |
| 151 | Bedroom "B" – top drawer of the night stand, showing money and a black cell phone |
| 152 | Bedroom "B" – top drawer of the night stand, showing money |
| 153 | Picture |
| 154 | BCU statement for Fillyaw Transportation LLC and William Fillyaw |
| 155 | Front of black/red IPhone |
| 156 | Back of the black/red IPhone |
| 156 | BCU statements for Fillyaw Transportation LLC and William Fillyaw |
| 157 | BCU statement for William Fillyaw |
| 158 | William S Fillyaw mail |
| 159 | Jewelry receipts |
| 160 | Jewelry receipt |
| 161 | Jewelry receipt |
| 162 | Jewelry receipt |

FD-674 (Rev. 5-10-2013)

# PHOTOGRAPHIC LOG

PAGE 7 OF 8

*GENERAL INFORMATION*

DATE 10/28/2022

CASE ID 281D-MW-3668547

LOCATION: 1600 Wedgewood Drive, Gurnee IL

PREPARER/PHOTOGRAPHER: TFO Eulia Kazachenko

REMARKS

| PHOTO# | DESCRIPTION OF PHOTOGRAPHIC SUBJECT/ MISCELLANEOUS COMMENTS |
|---|---|
| 163 | William Fillyaw and Fillyaw Transportation LLC - BCU business debit visa card |
| 164 | Back of the BCU card |
| 165 | William Fillyaw social security card, BCU visa cards |
| 166 | Back of BCU card |
| 167 | William Fillyaw BCU receipt |
| 168 | William Fillyaw BCU receipt |
| 169 | Back of Public Storage business card – "Input access code #[redacted] Unit [redacted] |
| 170 | A Public Storage business card – "Renee 842-[redacted] |
| 171 | A black Glock gun box; located in the Bedroom "A" closet |
| 172 | Black Glock gun box for G19 GEN 4 |
| 173 | Inside of the of the Glock gun box – two magazine |
| 174 | Two gun magazines |
| 175 | Money; located in the Bedroom "B' on top of the night stand (next to the door) |
| 176 | White garbage bag with "Fillyaw" writing on it |
| 177 | White garbage bag with "Fillyaw" writing on it |
| 178 | White garbage bag with "Fillyaw" writing on it |
| 179 | Sabrina[redacted]llinois Driver's License |
| 180 | Sabrin[redacted]Illinois Driver's License |
| 181 | Lakes Area House Inspections invoice to Sabrina Lynch |
| 182 | Lakes Area House Inspections invoice to Sabrina[redacted] |
| 183 | Lakes Area House Inspections invoice to Sabrina[redacted] |
| 184 | Lakes Area House Inspections invoice to Sabrina[redacted] |
| 185 | Black duffle bag; located in the bedroom "A" |
| 186 | William S Fillyaw mail; located in the bedroom "A", inside of the black duffle bag in the bedroom "A" |
| 187 | William S Fillyaw mail; located in the bedroom "A", inside of the black duffle bag in the bedroom "A" |
| 188 | William S Fillyaw medication; located in the bedroom "A", inside of the black duffle bag |
| 189 | William S Fillyaw medication; located in the bedroom "A", inside of the black duffle bag |

FD-674 (Rev. 5-10-2013)

# PHOTOGRAPHIC LOG

PAGE 8 OF 8

*GENERAL INFORMATION*

DATE 10/28/2022

CASE ID 281D-MW-3668547

LOCATION: 1600 Wedgewood Drive, Gurnee IL

PREPARER/PHOTOGRAPHER: TFO Eulia Kazachenko

REMARKS

| PHOTO# | DESCRIPTION OF PHOTOGRAPHIC SUBJECT/ MISCELLANEOUS COMMENTS |
|---|---|
| 190 | Small box of Ammo; located in the bedroom "A", inside of the top dresser drawer |
| 191 | Small box of Ammo |
| 192 | Small box of "Sig Sauer" Ammo |
| 193 | Red and clear Tupperware; located on the floor of the Bedroom "B" closet |
| 194 | A large bag of Marijuana inside of Red and clear Tupperware container; located on the floor of the Bedroom "B" closet |
| 195 | A large bag of Marijuana inside of Red and clear Tupperware container |
| 196 | A large bag of Marijuana |
| 197 | Two USB drives inside of the jewelry box; located in the bedroom "B" closet |
| 198 | Jewelry box |
| 199 | Two USB drives |
| 200 | A yellow IPhone; located in the dining room |
| 201 | Back of the yellow IPhone |
| 202 | Money inside of the printer: located on top of the dining room table |
| 203 | Money inside of the printer: located on top of the dining room table |
| 204 | Bedroom "B" bathroom |
| 205 | Bedroom "B" |
| 206 | Main Bathroom |
| 207 | Bedroom "A" |
| 208 | Hallway towards living room |
| 209 | Kitchen |
| 210 | Living room |
| 211 | Door for the Unit [redacted] |
| | |
| | |
| | |
| | |
| | |