# Government Exhibit D

FD-1087 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

## Collected Item Log

**Event Title:** (U) FILLYAW's possession **Date:** 10/31/2022

**Approved By:** SSA Jason J. Soule

**Drafted By:** PLOCH BRIAN MICHAEL

**Case ID #:** 281D-MW-3668547 (U) JAMONTE DAVIS; ARSON OF VEHICLE TO COVER UP VIOLENT CRIME; PLEASANT PRAIRIE, WISCONSIN

**Details:**

This report documents the items of evidentiary value located on FILLYAW's person/ in his back pack during his arrest.

**Collected From:** (U) William Fillyaw

**Receipt Given?:** No

**Holding Office:** MW - MILWAUKEE

| Item Type | Description |
|---|---|
| 1B Drug | (U) A vacuum bag with two bags of cocaine inside.<br>Collected On: 10/28/2022 09:45 AM EDT<br>Seizing Individual: PLOCH BRIAN MICHAEL<br>Located By: PLOCH BRIAN MICHAEL<br>Suspected Drug Type: Cocaine<br>Total Package Weight: 230.2 Grams |
| 1B Drug | (U) Sandwich bag with 16 corner cuts of crack cocaine.<br>Collected On: 10/28/2022 09:45 AM EDT<br>Seizing Individual: PLOCH BRIAN MICHAEL<br>Located By: PLOCH BRIAN MICHAEL<br>Suspected Drug Type: Cocaine<br>Total Package Weight: 82.4 Grams |
| 1B Drug | (U) 3 blocks of heroin packaged in vacuum and sandwich bags. |



This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Collected On: 10/28/2022 09:45 AM EDT
Seizing Individual: PLOCH BRIAN MICHAEL
Located By: PLOCH BRIAN MICHAEL
Suspected Drug Type: Heroin
Total Package Weight: 423.1 Grams

1B General — (U) 1 bag of Mannitol (cut)
Collected On: 10/28/2022 09:45 AM EDT
Seizing Individual: PLOCH BRIAN MICHAEL
Located By: PLOCH BRIAN MICHAEL

1B Drug — (U) 1 corner cut of cocaine located in a sandwich bag inside of sock. Was originally packaged with heroin. They were separated for evidence entry purposes.
Collected On: 10/28/2022 09:45 AM EDT
Seizing Individual: PLOCH BRIAN MICHAEL
Located By: PLOCH BRIAN MICHAEL
Suspected Drug Type: Cocaine
Total Package Weight: 29.6 Grams

1B Drug — (U) 4 corner cuts of heroin packaged in a sandwich bag located inside a sock. The heroin was originally packaged with 1 corner cut of cocaine however the cocaine and heroin was separated for evidence entry purposes.
Collected On: 10/28/2022 09:45 AM EDT
Seizing Individual: PLOCH BRIAN MICHAEL
Located By: PLOCH BRIAN MICHAEL
Suspected Drug Type: Heroin
Total Package Weight: 48.2 Grams

1B Drug — (U) Vacuum seal bag of marijuana
Collected On: 10/28/2022 09:45 AM EDT
Seizing Individual: PLOCH BRIAN MICHAEL
Located By: PLOCH BRIAN MICHAEL
Suspected Drug Type: Marijuana
Total Package Weight: 519.1 Grams

1B General — (U) Identifiers for William Fillyaw located in the

backpack
Collected On: 10/28/2022 09:45 AM EDT
Seizing Individual: PLOCH BRIAN MICHAEL
Located By: PLOCH BRIAN MICHAEL

1B Valuable (U) 9,436 Cash recovered from Fillyaw's person.
Collected On: 10/28/2022 09:45 AM EDT
Seizing Individual: PLOCH BRIAN MICHAEL
Located By: PLOCH BRIAN MICHAEL
Valuable Type: Cash - US Currency
US Dollar Value: $9436
Dye Pack: No
Confirmed Counterfeit: No
Mutilated Currency: No

1B General (U) Fake ID "William Davis"
Collected On: 10/28/2022 09:45 AM EDT
Seizing Individual: PLOCH BRIAN MICHAEL
Located By: PLOCH BRIAN MICHAEL

1B Firearm (U) Dark Green PF940C Polymer80
Collected On: 10/28/2022 09:45 AM EDT
Seizing Individual: PLOCH BRIAN MICHAEL
Located By: PLOCH BRIAN MICHAEL
Firearm Type: Weapon
Make: Polymer80
Model: PF940C
Caliber: 9mm
Serial #: NO SERIAL NUMBER
Weapon is visually certified safe or rendered inoperable?: Yes
Certified Safe By: RUPNICK NICHOLAS ROBERT

1B General (U) 14 9mm bullets
Collected On: 10/28/2022 09:45 AM EDT
Seizing Individual: PLOCH BRIAN MICHAEL
Located By: PLOCH BRIAN MICHAEL

1B General (U) Keys located on William Fillyaw

**UNCLASSIFIED**

Title: (U) FILLYAW's possession
Re: 281D-MW-3668547, 10/31/2022

Collected On: 10/28/2022 09:45 AM EDT
Seizing Individual: PLOCH BRIAN MICHAEL
Located By: PLOCH BRIAN MICHAEL

♦♦