# Government Exhibit E

281D-MW-3668547 Serial 12

FD-1036 (Rev. 10-16-2009)

**UNCLASSIFIED**

# FEDERAL BUREAU OF INVESTIGATION

**Import Form**

**Form Type:** Police Rpt - Police Report **Date:** 11/02/2022

**Title:** (U) Fillyaw Arrest/ Search Warrant report

**Approved By:** A/SSA DETTMERING JACOB ALAN

**Drafted By:** PLOCH BRIAN MICHAEL

**Case ID #:** 281D-MW-3668547 (U) JAMONTE DAVIS; ARSON OF VEHICLE TO COVER UP VIOLENT CRIME; PLEASANT PRAIRIE, WISCONSIN

**Synopsis:** (U) Fillyaw Arrest/ Search Warrant report

♦♦

**UNCLASSIFIED**

POLICE CUDAHY SINCE 1906 PROTEGERE ET SERVIRE WISCONSIN

# Cudahy Police Department

## Incident Report

Incident: Law Enforcement Agency Assist

| Incident Report Number: | Between: Date - Time | | And/At: Date-Time | |
|---|---|---|---|---|
| 22-014494 | | | 10/28/22 | 06:09 |

Incident Location: 1600 Wedgewood Dr

| CFS Code-1: | CFS Code-2: | CFS Code-3: | Offense Code-4: |
|---|---|---|---|
| 9078 | | | |
| CFS Code-5: | CFS Code-6: | CFS Code-7: | CFS Code-8: |

| | Name *(Last, First, Middle)* | DOB: | Race/Sex |
|---|---|---|---|
| | | | |

Address: *(Address, City, State, Zip)* | Phone 1

Employer | Phone 2

Employer Address | Work Phone #

| | Name *(Last, First, Middle)* | DOB: | Race/Sex |
|---|---|---|---|
| | | | |

Address: *(Address, City, State, Zip)* | Phone 1

Employer | Phone 2

Employer Address | Work Phone #

Date: 10/28/2022

CFS Code-1: 9078

Incident Report Number: 22-014494

**SUMMARY**

On 10/28/2022 the FBI-MASSTF conducted an operating at 1600 Wedgewood Dr, Gurnee, IL, to take William Fillyaw into custody for an outstanding Federal Arrest Warrant.

| | Vehicle Information: (*Year, Make, Model, Style, Color*) | | | |
|---|---|---|---|---|
| **License Number:** | **State:** | **Expiration Year:** | **Vin:** | **Insurance Company:** |
| | | | | |

Other Vehicle Information: | NCIC#

| Reporting Officer(s): | Payroll Number : | Report Date: |
|---|---|---|
| Ploch, Brian | PLOCB | 10/28/2022 |

| Time Received: | Time Cleared: | Unit(s) Assigned: | Pages: |
|---|---|---|---|
| 06:09:37 | 09:05:46 | 245 | 1 Of 6 |

| Reviewed by: | Payroll Number : | Copy To |
|---|---|---|
| Andrews, Anthony E. | 2100 | |

| **Cudahy Police Department** | | **Continuation** |
|---|---|---|
| Incident Report Number<br>22-014494 | Incident Location:<br>1600 Wedgewood Dr | Incident Date:<br>10/28/2022 |

**NARRATIVE**

**SOURCE:**

On 10/28/2022 I, TFO Brian Ploch, was involved in operation to take William Fillyaw into custody. Fillyaw is suspected of being involved in a homicide that occurred early this month in Waukegan, Illinois. He was also suspected of being involved in an arson of the homicide suspect vehicle in Pleasant Prairie, WI. FBI Special Agent Jacob Dettmering obtained a federal arrest for Fillyaw on 10/26/2022. Over the past week MASSTF surveillance observed Fillyaw coming and going from an apartment building at 1600 Wedgewood Dr, Gurnee, IL. Additionally, surveillance observed him operating two full size vans, one maroon and one dark blue or black. The vans were frequently observed parked in the lot near that apartment building.

On the morning of 10/28/2022 MASSTF in coordination with the Waukegan Police Departments Gang Unit and the Chicago FBI briefed an arrest operation at the Waukegan Police Department. At approximately 0845 hours perimeter surveillance units observed Fillyaw entering the apartment complex driving the maroon van. Fillyaw parked the van in the rear lot as previously observed. He exited this van and opened the drivers side rear passenger compartment. Fillyaw retrieved a black back pack from the van, shut the door and began walking towards the apartment buildings entrance door. An established arrest team took Fillyaw into custody near the door and without incident.

After his arrest I retrieved that backpack that Fillyaw was wearing. Search incident to arrest, I opened the back pack and observed a firearm, suspected marijuana, suspected cocaine, suspected heroin and a large amount of US Currency in the back pack. The back pack and it's contents were photographed and secured in SA Dettmering's vehicle.

SA Dettmering and I later transported the back pack and it's contents to the Waukegan Police Department's Gang Intel unit. SA Dettmering began drafting search warrants for the two vans and Fillyaw's apartment which was identified by management as unit #410.

**EVIDENCE:**

As previously mentioned, I began preliminarily processing the evidence. The following items of evidentiary value were located in the back pack Fillyaw was wearing during his arrest.

| Reporting Officer(s): | Payroll Number : | Pages:: |
|---|---|---|
| Ploch, Brian | [illegible] | 2 of 6 |

**Cudahy Police Department** **Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 22-014494 | 1600 Wedgewood Dr | 10/28/2022 |

Inside of the back pack I located an open vacuum sealed back with two sandwich bags inside. Each sandwich bag contained a white substance consistent with cocaine. I subjected a representative sample of the suspected cocaine to the Scott Reagent Modified Field Test, a commonly utilized field test to check for the probable presence of cocaine. I received a positive reaction on that test. I then weighed the sandwich bags of cocaine together and found them to weigh 199.6 grams.

In the back pack I located a sandwich bag with 16 smaller corner cuts inside. The corner cuts contained a chunky off white substance consistent with crack cocaine. I subjected a representative sample of one of those corner cuts to the Scott Reagent Modified Field Test, a commonly utilized field test to check for the probable presence of cocaine. I received a positive reaction for the probable presence of cocaine base (crack). I weighed each corner cut separately and found the bags to weigh 3.5g, 3.7g, 3.6g, 3.4g, 3.6g, 3.6g, 3.6g, 3.6g, 3.5g, 3.4g, 3.5g, 3.5g, 3.6g, 3.5g, 3.7g, 3.6g respectively. The crack was packaged in 1/8 ounce quantities frequently referred to as "eight balls" or "balls." Due to my training and experience I know that this is intended for street level sales.

Inside of the back pack I located a sealed vacuum seal bag. Inside of that bag was a sandwich bag. Inside of the sandwich bag I located three square shaped blocks wrapped in plastic. The blocks were a tannish substance consistent with heroin. I subjected a sample of the suspected heroin to the Meckes Reagent Field Test, a commonly utilized field test to check for the probable presence of heroin. I received a positive reaction for the presence of heroin. I then weighed the heroin blocks separately and found them to weigh 126.2 grams, 126.2 grams and 126.7 grams respectively.

Next, I located a sock inside of the back pack containing two sandwich bags. The first bag contained a white powdery substance resembling powder cocaine. This suspected cocaine did not have the chemical smell consistent with cocaine. I subjected this substance to several field tests and received inconclusive results. Further testing will be needed to identify the substance.

The second bag collected from within the sock contained 5 knotted corner cuts. 1 of those corner cuts contained an off white chunky substance consistent with crack. The other corner cuts contained a tan substance consistent with heroin. I subjected a representative sample of the suspected cocaine to the Scott Reagent Modified Field Test and a sample of the suspected heroin to the Meckes Reagent Field Test. I received a positive reaction for the probable presence of cocaine base (crack) and heroin on the respective tests. I then weighed the corner cut of cocaine and found it to weigh 5.0 grams. I then

**Cudahy Police Department** **Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
| --- | --- | --- |
| 22-014494 | 1600 Wedgewood Dr | 10/28/2022 |

weighed the corner cuts of heroin and found them to weigh 5.5 grams, 5.5 grams, 5.2 grams, and 5.3 grams.

I also located a large vacuum sealed bag containing a green leafy substance consistent with marijuana. There were no field test available for marijuana. I weighed the suspected marijuana with it's packaging and found it to weigh 489 grams.

I located numerous identifiers for William Fillyaw in the back pack including a State of Illinois issued ID card and credit cards. I also located an ID bearing the name "William Davis." The photo of the ID for William Davis resembled Fillyaw. It was later determined to be a fake Illinois ID.

I also located US Currency throughout the back pack. Most of the cash was in $20 dollar denominations however there were some $1's, $5's, $10's, $50's and $100's. I counted the US Currency in the presence of Special Agent Jacob Dettmering. In total there was $9,436 dollars.

In regards to the firearm located in the back pack. The firearm is described as a dark green handgun with a black magazine and a red dot sight affixed to the top. The firearm was loaded with 14 rounds of ammunition however there was not a round chambered. There was no serial number on the firearm. on the gun was the inscription "PF940C Polymer80" on the slide and, "I'll be your Huckleberry" on the back of the firearm. Polymer80 firearms are frequently referred to as "Ghost Guns" and in my experience do not have serials numbers to identify them.

The evidence mentioned here and the back pack with the rest of it's contents remained in the custody of SA Dettmering and I. They were ultimately transported back to the FBI Milwaukee Field Office to be entered into property.

In total located on Fillyaw's person during his arrest was 261.5 grams of a cocaine mixture, 400.6 grams of heroin, 489 grams of suspected marijuana, $9,436 dollars in US Currency and a firearm. This is consistent, based on my training and experience, as possession with intent to deliver rather than simple possession.

This conclude my involvement in this investigation at this time.

TFO Brian Ploch

**Cudahy Police Department** **Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 22-014494 | 1600 Wedgewood Dr | 10/28/2022 |

| Reporting Officer(s): | Payroll Number: | Pages:: |
|---|---|---|
| Ploch, Brian | [illegible] | 5 of 6 |

**Cudahy Police Department** **Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 22-014494 | 1600 Wedgewood Dr | 10/28/2022 |

**NAMES**

**Suspect**

Fillyaw, William S U/M of [redacted]

**Police Officer**

Ploch, Brian W/M-21 of 5050 S Lake Dr,PD, Cudahy,WI,53110
DOB: 01/01/2001

Phone 1:(414) 769-2259 Phone 2:(414) 769-2260

========================================================================

| Reporting Officer(s): | Payroll Number : | Pages:: |
|---|---|---|
| Ploch, Brian | [illegible] | 6 of 6 |

## Cudahy Police Department

**Supplemental Report**

| Incident Report Number: | Incident Location: | | Incident Date: |
|---|---|---|---|
| 22-014494 | 1600 Wedgewood Dr | | 10/28/2022 |
| New Incident: | Original CFS Code - 1: 9078 | New CFS Code -1 : | New CFS Code - 2: |

**NARRATIVE**

On 10/28/2022 at about 2104 hours FBI MASSTF and Waukegan Gang Unit executed a federal search warrant at 1600 Wedgewood Dr #410, Gurnee, IL. The search warrant was associated to the arrest of William Fillyaw.

Apartment #410 is located on the 4th floor of a large apartment complex. Upon entering the apartment door you are in the living room. Attached to the living room is a kitchen and hallway. The hall way leads to two bedrooms and a single bathroom. The master bedroom (bedroom "B") has an attached bathroom.

Present during the search was TFO Boyd, TFO Benitez, TFO Perales, SA Costabile, SA Dettmering, SSA Soule, Detective Simonchlli, and Detective, Llenza. As items of evidentiary were located they were photographed by TFO Boyd in relatively the same location they were located. The following items were located in the following room.

**LIVING ROOM:**

-A bronze Glock 19 handgun with a loaded magazine (S/N ACDR601) located by Benitez on the floor near the balcony door.

-Identifiers for William Fillyaw (credit card) located on the living room by Benitez.

-USB flash drive located on the kitchen table by TFO Benitez.

-A cell phone located on the desk/ table chair located by TFO Benitez.

-US Currency located in the paper tray for the printer on the desk/ table by SA Dettmering.

**KITCHEN:**

-Nothing of evidentiary value located.

| Reporting Officer(s): | | Payroll Number : | Report Date: |
|---|---|---|---|
| Ploch, Brian | | PLOCB | 10/28/2022 |
| Reviewed by: Ayala, Andrew M. | Payroll Number : 2120 | Copy To: | Page: 1 Of 2 |

**Cudahy Police Department** **Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
| --- | --- | --- |
| 22-014494 | 1600 Wedgewood Dr | 10/28/2022 |

**BEDROOM A:**

-Glock gun box with two magazines and accessories located by TFO Zangl on the closet shelf.

-4 9mm bullets located in top left dresser drawer by TFO Zangl.

**BEDROOM B:**

-Cellphone located on the night stand with Fillyaw identifiers by SA Dettmering.

-US Currency located in the night stand with Fillyaw identifiers by SA Dettmering.

-Identifiers for Fillyaw located in the night stand by SA Dettmering.

-US currency located on the night stand to the left looking towards the head board) of the bed located by SA Dettmering.

-Tupperware containing suspected marijuana located on the closet floor by TFO Perales.

-Two flash drives located in the bedroom closet by TFO Perales.

**BATHROOM:**

-Nothing of evidentiary value located.

The total cash located at the apartment was counted for a total of $5,349. The marijuana was located in the residence was found to weigh 332.7 grams.

| Reporting Officer(s): | Payroll Number: | Pages:: |
| --- | --- | --- |
| Ploch, Brian | [illegible] | 2 of 2 |