# Government Exhibit F


02:04
05:03


02:29
05:03


02:37
05:03


04:28
05:03