# Government Exhibit G

*Submitted as a digital exhibit*