# Government Exhibit H

*Submitted as a digital exhibit*