# Government Exhibit I

*Submitted as a digital exhibit*