# Government Exhibit J

*Submitted as a digital exhibit*